# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

U.S.A. vs. WILLIAM ROBINSON

Docket No. 3:00CR00009(JBA)

## PETITION ON PROBATION AND SUPERVISED RELEASE

**COMES NOW** Otto Rothi, Probation Officer of the Court, presenting an official report upon the conduct and attitude of William Robinson who was sentenced to 46 months incarceration for a violation of 18 U.S.C. § 922(g)(1), Felon in Possession of a Firearm, by the Honorable Janet Bond Arterton, U.S. District Judge sitting in the court at New Haven, Connecticut on August 29, 2000 who fixed the period of supervision at 3 years which commenced on February 12, 2004 and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows: 1) The defendant shall participate in a program for mental health counseling for anger management, either inpatient or outpatient as directed by the U.S. Probation Office; 2) The defendant shall obtain substance abuse treatment either inpatient or outpatient as directed by the U.S. Probation Office. The defendant shall bear all or a portion of the costs of such treatment, based on his ability to pay as determined by the U.S. Probation Office. The defendant shall submit to random drug testing as deemed necessary by the U.S. Probation Office. Mr. Robinson's supervision commenced in the District of Connecticut on February 12, 2004, and is expected to terminate on February 11, 2007.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**
The defendant is being cited for violating the following conditions of supervised release:

Standard Condition: "You shall not commit another federal, state or local crime."

On December 13, 2004, the defendant was arrested by the Hartford Police Department and was charged with Interfering with the Police, Possession of Narcotics, Possession of Marijuana, and Sale of a Controlled Substance. On May 24, 2005, Mr. Robinson was sentenced to 8 months incarceration at the Hartford Superior Court under docket number CR04-586685 for Interfering and Resisting Arrest. Since December 14, 2004, Mr. Robinson has remained incarcerated. His anticipated release date is presently scheduled for August 15, 2005. At present time, Mr. Robinson is incarcerated at Robinson Correctional Institution in Enfield, Connecticut.

**PRAYING THAT THE COURT WILL ORDER** a warrant to be lodged as a detainer and toll Mr. Robinson's supervised release as of December 13, 2004.

**ORDER OF COURT**

Considered and ordered this 14th day of June, 2005 and ordered filed and made a part of the records in the above case.

The Honorable Janet Bond Arterton
United States District Judge

Sworn to By

Otto Rothi
United States Probation Officer

Place New Haven, Connecticut

Date 6-14-05

Before me, the Honorable Janet Bond Arterton, United States District Judge, on this 14th day of June 2005 at New Haven, Connecticut, U.S. Probation Officer Otto Rothi appeared and under oath stated that the facts set forth in this petition are true to the best of his knowledge and belief.

The Honorable Janet Bond Arterton
United States District Judge