No. 3:00CR9(JBA)

THE PRESIDENT OF THE UNITED STATES OF AMERICA TO THE WARDEN, ROBINSON CORRECTIONAL INSTITUTION, THE UNITED STATES MARSHAL FOR THE DISTRICT OF CONNECTICUT, OR ANY OF HIS PROPER DEPUTIES, G R E E T I N G S:

You are hereby commanded to turn over to the United States Marshal for the District of Connecticut, or any of his proper deputies, the body of WILLIAM ROBINSON (DOB 5/11/67; Inmate No. 183271) now detained in your custody, as it is said, under safe and secure conduct, so that the United States Marshal for the District of Connecticut, or any of his proper deputies, may have the said WILLIAM ROBINSON before the United States District Court, District of Connecticut, at the United States Courthouse, 141 Church Street, New Haven, Connecticut, on July 12, 2005 at 12:00 P.M., or from time to time thereafter as the case may be adjourned to, at which time the United States of America will prosecute the said WILLIAM ROBINSON for violation of Title 18, United States Code, Section 3583(e), and immediately after prosecution has been concluded, the United States Marshal for the District of Connecticut, or any of his proper deputies, shall return said WILLIAM ROBINSON to the Robinson C.I. under safe and secure conduct.

|  |  |
|---|---|
| | KEVIN F. ROWE |
| The foregoing Writ is | CLERK, U. S. DISTRICT COURT |
| hereby allowed.  Dated | |
| at Hartford, Connecticut, | |
| this _____ day of June, 2005. | _____ |
| | DEPUTY CLERK |

_____
ALVIN W. THOMPSON
UNITED STATES DISTRICT JUDGE

                    UNITED STATES DISTRICT COURT

                      DISTRICT OF CONNECTICUT


UNITED STATES OF AMERICA        :

         v.                     :    CRIMINAL NO. 3:00CR9(JBA)

WILLIAM ROBINSON                :    June 21, 2005


         APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

    Comes now the United States of America, prosecuting in its own sovereign right and behalf by Thomas V. Daily, Assistant United States Attorney, and respectfully informs this Honorable Court:

    1.  On July 12, 2005, at 12:00 P.M., there will come before this Court, at New Haven, Connecticut, the criminal case of <u>United States of America v. William Robinson</u>, Criminal No. 3:00CR9(JBA).

    2.  That the above-named defendant, William Robinson, is charged with violation of Title 18, United States Code, Section 3583(e).

    3.  That the said William Robinson is now confined at the Robinson Correctional Institution.

    That the said William Robinson should be presented before said District Court of the United States, District of Connecticut, at said time and place so said defendant may be prosecuted for said offense, or from time to time thereafter as the case may be adjourned to.

    WHEREFORE, your petitioner respectfully prays that this Court may issue its Writ of Habeas Corpus Ad Prosequendum to the Warden,

Robinson C.I. and the United States Marshal for the District of Connecticut, or any of his proper deputies, ordering them to produce the said William Robinson at the United States Courthouse, 141 Church Street, New Haven, Connecticut, or from time to time thereafter as the case may be adjourned to, under proper, safe and secure conduct.

                                              UNITED STATES OF AMERICA

                                              KEVIN J. O'CONNOR
                                              UNITED STATES ATTORNEY


                                              THOMAS V. DAILY
                                              ASSISTANT UNITED STATES ATTORNEY

STATE OF CONNECTICUT          :
                              : ss. Hartford, June 20, 2005
COUNTY OF HARTFORD            :

Personally appeared before me Thomas V. Daily, Assistant United States Attorney for the District of Connecticut, to me known, who, on oath, states that he has read the foregoing application, that he is familiar with the contents of same, that same is true of his own knowledge except as to such matters therein alleged to be on information and belief, and as to such matters, he believes it to be true.

_____
Bernadette Ellis
Notary Public

My commission expires: March 31, 2009