UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 JUL 13 P 4: 00
U.S. DISTRICT COURT
NEW HAVEN, CT

UNITED STATES OF AMERICA :

vs :  Criminal No: 3:00cr9 JBA

William Robinson :

## APPOINTMENT OF THE FEDERAL PUBLIC DEFENDER'S OFFICE
## PURSUANT TO THE PROVISIONS OF
## THE CRIMINAL JUSTICE ACT OF 1964, AS AMENDED

The defendant has sworn under oath or affirmed as to his/her financial inability to employ counsel and has expressed the desire that counsel be provided by the Court to represent him/her, pursuant to the provisions of the Criminal Justice Act of 1964 as amended.

The Office of the Federal Public Defender is appointed to represent the defendant and has been notified of this appointment.

The Court has appointed _Gary Weinberger_ from the Federal Public Defender's Office to represent the defendant. Counsel is directed to file an appearance on or before _7/18/05_.

Dated at New Haven, Connecticut, this _13th_ day of _July 2005_

_____
Janet Bond Arterton, U.S.D.J.