AO 245D (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

District of __Connecticut__

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For **Revocation** of Probation or Supervised Release) |
| William Robinson | Case Number: 3:00CR00009(JBA) |
| | USM Number: 13764-014 |
| | Assistant Federal Public Defender Gary D. Weinberger |
| | Defendant's Attorney |

**THE DEFENDANT:**

■ admitted guilt to violation of condition(s) __Standard Condition No. 1__ of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| Standard Condition No. 1 | You shall not commit another federal, state or local crime. | 12-13-2004 |

The defendant is sentenced as provided in pages 2 through __5__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: 1313

Defendant's Date of Birth: 1967

July 12, 2005
Date of Imposition of Judgment

Signature of Judge

Defendant's Residence Address:
49 Huyshope Avenue, 3rd Floor, Hartford, CT 06106

The Honorable Janet Bond Arterton, U.S. District Judge
Name and Title of Judge

27 July 2005
Date

Defendant's Mailing Address:
49 Huyshope Avenue, 3rd Floor, Hartford, CT 06106